**FILED**
JAN 08 2019
Chief Judge Ruben Castillo
United States District Court

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 18 CR 852 |
| v. ) | Chief Judge Castillo |
| ) | |
| RAYMOND WU ) | |

### GOVERNMENT'S MOTION FOR AN EXTENTION OF TIME TO RETURN INDICTMENT PURSUANT TO 18 U.S.C. §3161(h)

The UNITED STATES OF AMERICA, by its attorney, JOHN R. LAUSCH, Jr., United States Attorney for the Northern District of Illinois, respectfully moves this Court, pursuant to 18 U.S.C. §3161(h)(8), for a 30-day extension of time, to and including February 16, 2019, in which to see a return of an indictment against defendant, for the following reasons.

1. On December 18, 2018, defendant was arrested pursuant to a complaint charging him with wire fraud, in violation of Title 18, United States Code, Section 1343. Defendant had his initial appearance that day in the United States District Court for the Central District of California, and was detained and removed in custody after a hearing before the United States Magistrate Judge.

2. The government is continuing its investigation in this matter, including interviewing witnesses, reviewing a substantial amount of material seized pursuant to a search warrant, and reviewing financial records to determine the scope of the charged wire fraud scheme. Defendant has also not yet arrived in the Northern District of Illinois, and has not yet retained counsel. Thus, the government has not been able to engage in any substantive discussions about the direction of this case or obtain concurrence on this motion. In addition, this matter is being transferred to a different Assistant United States Attorney to serve as lead counsel, and an

extension of time would assist in that transfer.

3. Given these factors, the government is requesting an additional 30 days from the current expiration of January 17, 2019 to and including February 16, 2019. This is the government's first request for an extension of time in this matter.

Wherefore, the United States respectfully requests a 30-day extension of time to and including February 16, 2019 in which to seek an indictment in this case.

        Respectfully submitted,

        JOHN R. LAUSCH, JR.
        United States Attorney

By:   /s/ Sunil R. Harjani
      SUNIL R. HARJANI
      Assistant United States Attorney
      219 South Dearborn Street
      Chicago, Illinois 60604
      (312) 353-5300

Dated: January 8, 2019