## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | Case No: 18 CR 852 |
| v. | ) | |
| | ) | Chief Judge Ruben Castillo |
| Raymond Wu | ) | |

## ORDER

Government's motion for an extension of time to return indictment pursuant to 18 U.S.C. Section 3161(h)(7)(A) and (B), to and including February 16, 2019 is granted.

(X-T)

Dated: January 8, 2019          /s/ Chief Judge Ruben Castillo