UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 18 CR 852 |
| v. | |
| RAYMOND WU | Magistrate Judge Susan E. Cox |

## **APPEARANCE OF COUNSEL**

Please take notice that Assistant United States Attorney Jacqueline Stern is assigned to this case.

Respectfully Submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By:  */s/ Jacqueline Stern*
Jacqueline Stern
Assistant United States Attorney
219 S. Dearborn St., 5th Floor
Chicago, Illinois 60604
(312) 353-5300

Dated:  January 7, 2019