Case: 1:18-cr-00852 Document #: 15 Filed: 02/12/19 Page 1 of 1 PageID #:62

Order Form (01/2005)

18-GJ-00381

# United States District Court, Northern District of Illinois

**MAGISTRATE JUDGE COX**

| Name of Assigned Judge or Magistrate Judge | JUDGE PALLMEYER | Sitting Judge if Other than Assigned Judge | Rowland |
|---|---|---|---|
| CASE NUMBER | 18-CR-00852 | DATE | FEBRUARY 12, 2019 |
| CASE TITLE | U.S. v. RAYMOND WU | | |

**DOCKET ENTRY TEXT**

### Grand Jury Proceeding

The Grand Jury for  SPECIAL DECEMBER 2017  the Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge  Mary M. Rowland

NO BOND SET; DETAINED BY MAGISTRATE JUDGE.

**FILED**
FEB 12 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
or MAGISTRATE JUDGE                                                UNDER SEAL)

Courtroom Deputy Initials: DL

Page 1 of 1