IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Raymond Wu,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  No.  18 CR 852-1<br>)<br>)  Judge Rebecca R. Pallmeyer<br>)<br>)<br>) |

## ORDER

Government's oral motion to unseal the complete file is granted.

ENTER:

Dated: February 14, 2019

_____
REBECCA R. PALLMEYER
United States District Judge