UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAYMOND WU | No. 18 CR 852<br><br>Judge Rebecca R. Pallmeyer |

**MOTION FOR ENTRY OF
PROTECTIVE ORDER GOVERNING DISCOVERY**

Pursuant to Fed. R. Crim. P. 16(d), the United States of America, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, moves for the entry of a protective order, and in support thereof states as follows:

1. The indictment in this case charges defendant with wire fraud, in violation of Title 18, United States Code, Section 1343.

2. The discovery to be provided by the government in this case includes sensitive information, whose unrestricted dissemination could adversely affect law enforcement interests and the privacy interests of third parties.

3. Those materials include interview reports relating to investors, lenders, company owners, and other individuals, which contain personal identifying information, including birth dates, social security numbers, addresses, phone numbers, and email addresses. In some instances, those reports also include information concerning employment, family members, and other personal information. Materials also include bank records and other financial records of third parties.

WHEREFORE, the government respectfully moves this Court to enter the proposed protective order.

                                            Respectfully submitted,

                                            JOHN R. LAUSCH, JR.
                                            United States Attorney

By:   /s/ *Jacqueline Stern*
        JACQUELINE STERN
        Assistant U.S. Attorney
        219 South Dearborn St., Rm. 500
        Chicago, Illinois 60604
        (312) 353-5329

Dated: February 14, 2019