UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

        v.

RAYMOND WU

No. 18 CR 852

Judge Rebecca R. Pallmeyer

## NOTICE OF MOTION

TO:    Defense Counsel of Record

PLEASE TAKE NOTICE that on February 21, 2019 at 2:30 p.m., or as soon thereafter as counsel may be heard, I will appear before the Hon. Rebecca R. Pallmeyer, in the courtroom usually occupied by her in the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in her place and stead, and then and there present the **MOTION FOR ENTRY OF PROTECTIVE ORDER GOVERNING DISCOVERY** in the above-captioned case, at which time and place you may appear if you see fit.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By:    /s/ *Jacqueline Stern*
JACQUELINE STERN
Assistant U.S. Attorney
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604
(312) 353-5329

Date:    February 19, 2019