UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAYMOND WU | No. 18 CR 852<br><br>Rebecca R. Pallmeyer |

MOTION FOR PAYMENT PRIOR TO SENTENCING

The United States of America, by its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, pursuant to 28 U.S.C. §§ 2041 and 2042, moves this Court for an order directing the Clerk of the Court to accept from defendant Raymond Wu, his designated representative, or law enforcement personnel, pre-sentence payments toward the criminal financial obligations that may be imposed, and in support state as follows:

1.  On February 13, 2019, a four-count indictment was filed charging defendant Raymond Wu with wire fraud, in violation of 18 U.S.C. § 1343. The information alleged that the defendant caused a loss to victims of the fraud of at least approximately $1.4 million.

2.  The FBI is currently holding funds that may be applicable as a payment towards any future financial obligation of the defendant, and it may be appropriate to deposit those funds with the Clerk's Office prior to sentencing.

3.  The payments should be made by cash, cashier's check, or money order made payable to the Clerk of the Court with the case number, 18 CR 852, noted on each payment

mailed or delivered to: The Clerk of the Court for the Northern District of Illinois, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604

4. Pursuant to 28 U.S.C. § 2041, the defendant is authorized to pay such funds into the Court Registry and the Clerk of Court is authorized to accept and hold such funds until the time of sentencing.

5. Further, pursuant to 28 U.S.C. § 2042, the United States requests an order that upon the entry of a criminal judgment in this case, the Clerk of the Court is to withdraw and apply the deposited funds to the criminal financial obligations imposed against the defendant.

6. In the event that there is no entry of a criminal judgment in this case, the funds should be refunded to the payor.

WHEREFORE, the United States moves this court for an order directing the Clerk of the Court to accept pre-sentence payments from the defendant, his designated representative, and law enforcement personnel, pending entry of the judgment order in this case, and thereafter to withdraw and apply the deposited funds to the defendant's criminal financial obligations, or if there is no criminal judgment entered in this case, to refund the money to the payor.

        Respectfully submitted,

        JOHN R. LAUSCH, JR.
        United States Attorney

By:   *s/ Jacqueline Stern*
      JACQUELINE STERN
      Assistant U.S. Attorney
      219 South Dearborn St., Rm. 500
      Chicago, Illinois 60604
      (312) 353-5329