UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAYMOND WU | No. 18 CR 852<br><br>Judge Rebecca R. Pallmeyer |

**NOTICE OF MOTION TO CONTINUE DETAINING DEFENDANT WU**

PLEASE TAKE NOTICE that on Thursday, February 21, 2018, at 2:30 p.m., or as soon thereafter as counsel shall be heard, I will appear before the Honorable Rebecca R. Pallmeyer. in Courtroom 2146 in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, to present the GOVERNMENT'S MOTION TO CONTINUE DETAINING DEFENDANT WU, which has been filed with the Clerk of the United States District Court for the Northern District of Illinois.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: *s/Jacqueline Stern*
JACQUELINE STERN
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5329