C

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

RAYMOND WU

No. 18 CR 852

Rebecca R. Pallmeyer

## ORDER

Upon the motion of the United States, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2041, the Clerk of the Court shall accept

from the defendant, his designated representative, or law enforcement personnel, payment

of the criminal financial obligations and maintain such payment on deposit in the court's

registry until the time of sentencing in this case; and it is further ORDERED that, pursuant to

28 U.S.C. § 2042, upon entry of a criminal judgment in this case, the Clerk of the Court shall

withdraw and apply the deposited funds to the criminal financial obligations imposed against

the defendant. Funds shall be refunded to the payor in the event that there is no criminal

judgment entered in this case.

ENTER:

_____
REBECCA R. PALLMEYER
United States District Judge
Northern District of Illinois

Date: February 21, 2019