UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAYMOND WU | No. 18 CR 852<br><br>Rebecca R. Pallmeyer |

### ORDER AUTHORIZING EARLY RETURN OF TRIAL SUBPOENAS

Upon the motion of the government, pursuant to Fed. R. Crim. P. 17(c)(1), it is hereby ORDERED:

All parties are authorized to obtain early return of trial subpoenas, with reciprocal discovery of any subpoenaed materials that are obtained.

ENTER:

_____
REBECCA R. PALLMEYER
United States District Judge
Northern District of Illinois

Date: February 21, 2019