UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAYMOND WU | No. 18 CR 852<br><br>Rebecca R. Pallmeyer |

**ADDITIONAL EXHIBITS IN SUPPORT OF THE
GOVERNMENT'S MOTION TO CONTINUE DETAINING DEFENDANT WU**

The United States of America, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, respectfully submits five additional exhibits in support of the government's request that the Court detain defendant Raymond Wu as a flight risk and danger to the community, as set forth below.

**Wu Attempted to Obstruct the FBI Investigation**

**Wu sent an email to his sister (1/10/2019)**: Wu sent an email to his sister, in which Wu directed his sister to "reinforce" with his parents, that his parents should "not engage or speak" to the FBI agent investigating the case. Wu sent that email while he was in custody in California, based on his arrest in the instant case. It appears that the email was a follow up to a phone conversation that Wu had with his sister, in that, the subject line said: "thanks for call".

The FBI case agent in this case had, in fact, contacted Wu's sister, who initially

1

refused to speak to the agent. The case agent also contacted Wu's father. It appears that Wu was trying to prevent his parents and sister from talking to the FBI agent.

In the email, Wu stated: "**sorry about the disturbance today by the agent. Please pass that to mom and dad as well. And please reinforce for them to not engage or speak**." See Exhibit 1 (attached)(emphasis added).

**Wu Lied to his Family about his Prison Term – Just as He Lied to Investors**

**Wu sent an email prior to reporting to prison (1/31/2017):** Wu reported to prison on January 31, 2017 to serve his one-year sentence in the Milwaukee fraud case. Shortly before he reported, Wu sent an email to his parents, his sister, and other family members, including more than fifteen people, falsely representing that he would be out of touch with his them because he was going on a worldwide trip. In that email, Wu stated:

"Hi Cousins!...

Something exciting for me.

I was selected to be on a Business and Technology Committee that travels the world with some of the most renowned global innovators.

Buffet, Gates, Bezos, Musk, Cook, Branson, Page, and Fiorina are amongst the group of leaders whereas myself and 49 others get to tag along….

The program will be for about 16 weeks so if you need to reach me, just send me an email here or contact Erica [Wu's girlfriend]!...

Ray"

See Exhibit 2 (attached).

That false representation is consistent with the false representations that Wu made

2

to investors, in that, he told investors that he was going to be out of touch because he was going on a worldwide trip, or he was going to China to be treated for cancer.

**Wu sent an email after he was released to a half-way house (9/21/2017):** Shortly after Wu was released to a half-way house in California to complete his sentence from the Milwaukee case, Wu sent another email to his parents, his sister, and other family members, again including more than fifteen people. In that email, Wu falsely represented that he had just returned to the United States, thereby perpetuating the lie that he had been out of touch because he had been travelling overseas. In the email, Wu stated:

> "Hi Family!
> Thank you for the…warm welcome back.
> I arrived Stateside this past week…
> Ray"

See Exhibit 3 (attached).

This false representation is consistent with the false representations that Wu provided to investors, in that, he told investors that he had come back to the United States after travelling overseas.

### Wu Tried to Influence an Investor

**Wu sent a letter to investor Sou W-L (Received 2/14/2019):** Wu sent a letter to an investor, Sou W-L, in which he apologized to her, expressed his deep affection for her, and said that he would never harm her. The investor, Sou W-L, is the mother of Wu's girlfriend.

Wu was in custody on this case when he sent the letter. It appears that Wu was

attempting to influence Sou's view of the defendant, and prevent Sou from cooperating with the federal investigation by appealing to Sou's sympathy, emotion, and family ties. In the letter, Wu said:

> "This letter is written with my utmost sincerity and from the bottom my heart. I am beyond sorry for my set of circumstances effecting you and your family. No apology is deep enough to express the sorrow, embarrassment, and hurt I feel and have caused to you. You have welcomed me into your family with care, love, and trust. I forever cherish this….There is not a thing I would not do for you or your family….I will keep fond memories of our countless conversations, meals, celebrations, and wonderful moments of life together. These are extremely meaningful to me as you have filled my life with warmth and purpose.
>
> There is more than meets the eye, despite what you may have read, been told, or assumed regarding my circumstances. Unfortunately, only one side is presented but I hope to one day share with you everything if you allow….
>
> Please permit me to make [this] promise[]:…I will never ever let anything that has to do with me harm you or your family. Never. You have my word regardless what it is I may need to deal with….
>
> Ray"

See Exhibit 4 (attached)(The letter contains other similar statements).

## Wu Admitted that He Should Not Be Trusted

**Wu sent an email to his brother-in-law (3/18/2013):** In 2013, Wu sent an email to his brother-in-law, in which Wu apologized for the financial harm that he had caused his sister and his brother-in-law (just as he later apologized to investor Sou W-L in 2019).

Wu also stated that he (Wu) should not be trusted, and warned that his word has no value. In his email, Wu stated:

"I have long felt absolutely terrible for taking away from your quality of life, extra income and relationship with your immediate family. My latest has now hurt you personally and it is something I will never forgive myself for. To no end, I am deeply sorry….

**Please do not trust me any more nor take my word to be accountable**….

Ray"

See Exhibit 5 (attached)(emphasis added).

The defendant is correct. He should not be trusted.

## Conclusion

The defendant attempted to obstruct the investigation, lied to his family, attempted to influence a witness, and admitted that he could not be trusted.

As previously stated, the defendant lied to Pretrial Services, violated his conditions of Supervised Release, recently contacted investor Tom P., failed to pay restitution, previously committed a serious fraud, failed to show remorse in that case, and failed to file tax returns for seven years.

The defendant presents a risk of flight and a danger to the community, and there are no combination of conditions that will prevent flight or protect the community.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: *s/ Jacqueline Stern*
JACQUELINE STERN
Assistant U.S. Attorney
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604
(312) 353-5329


Rebecca Wu

| | |
|---|---|
| From: | WU RAYMOND (69081112) |
| Sent Date: | Thursday, January 10, 2019 9:36 PM |
| To: | ▮▮▮pigeon▮▮@gmail.com |
| Subject: | thanks for call |

hi mui - sorry about the disturbance today by the agent. please pass that to mom and dad as well. and please reinforce for them to not engage or speak. there are copies of the bible and i have begun to read. my first time since sunday school a long time ago to begin on the first page. when convenient, i would like to know which passages dad is referring to. the phone was not working again today but please let jov know that i will call him fri or sat - as soon as the phone is working. nothing has changed on my side. love, gaw


GOVERNMENT EXHIBIT
1

Hi Cousins!

From: Ray Wu (raywu005@gmail.com)

To: eugeneyau@yahoo.com; charlieneyau@gmail.com; rebeccapwu@yahoo.com; donnaluke80@hotmail.com; andreeluu0707@gmail.com; jellyvicki@yahoo.com; shuaiyunhui@yahoo.com; bengi55@gmail.com; theshelster724@sbcglobal.net; yangchristian@gmail.com; jcrivedi@gmail.com; clau6258@sbcglobal.net; jyang1985@gmail.com; cindyerben@alumni.northwestern.edu; jeffreyhyang@yahoo.com; hillgwya@gmail.com; douglasyau@yahoo.com; oscaryau@gmail.com; erikahe18@gmail.com

Cc: alexwu005@yahoo.com; sandrawu005@yahoo.com

Date: Tuesday, January 31, 2017, 1:09 AM CST

Hi Cousins!

Hope everyone is doing great.

This is my new email address so please contact me here from now on.

Something exciting for me...

I was selected to be on a Business and Technology Committee that travels the world with some of the most renowned global innovators.

Buffet, Gates, Bezos, Musk, Cook, Branson, Page, and Fiorina are amongst the group of leaders whereas myself and 49 others get to tag along.

We will be meeting global leaders to discuss topics such as technology, infrastructure, energy, medicine, science, and cool things such as artificial intelligence.

This program will be for about 16 weeks so if you need to reach me, just send me an email here or contact Erica! They said Erica will be able to visit me twice so hopefully it'll be a fun place!

My first stint will be to test out the new Hyperloop technology. Moving people at 735mph seems pretty insane. Here's a link to some info on it since I know some of you like this stuff.

https://www.dropbox.com/s/pw7jlugzl8wzrek/Hyperloop%20Presentation.pdf?dl=0

Please send my best to the kids and I'll see all of you very soon.

Miss ya!

Ray



GOVERNMENT EXHIBIT 2

**Hi Family! Miss Everyone!**

From: Ray Wu (raywu005@gmail.com)

To: ch░░░░░u@gmail.com; re░░░░░wu@yahoo.com; do░░░░░░@hotmail.com; an░░░░░░░@gmail.com; j░░░░░i@yahoo.com; sh░░░░░i@yahoo.com; b░░░55@gmail.com; th░░░░░░░4@sbcglobal.net; ya░░░░░░░n@gmail.com; j░░░░░i@gmail.com; cl░░░░░@sbcglobal.net; jy░░░░░░@gmail.com; c░░░░░ c░░░@alumni.northwestern.edu; j░░░░░░g@yahoo.com; h░░░░░a@gmail.com; d░░░░░u@yahoo.com; o░░░░░░@gmail.com; a░░wu005@yahoo.com; s░░░wu005@yahoo.com; b░░░░░░░░░░░@gmail.com; y░░░░░░e@gmail.com; e░░░░░u@yahoo.com; e░░░ee18@gmail.com

Date: Thursday, September 21, 2017, 5:06 PM CDT

Hi Family!

Thank you for the birthday wishes and warm welcome back - appreciate you remembering, Mui, Brian, and nephews :)

I arrived Stateside this past week but have three weeks of debrief. Then some catchup including with all of you!

I'm sure much has transpired and I look forward to hearing all about it.

Also, a big congrats to Elizabeth and Andrew! I know I missed great celebration but Erica kept me in the loop the entire time.

Talk soon! P.S. Also please send my best to your parents. I'll reach out to them as well.

Ray

P.P.S: Christian - Can't locate Daena's email. Please pass along.



GOVERNMENT EXHIBIT 3

Dearest Mister and Mrs. L⬛,

This letter is written with my utmost sincerity and from the bottom of my heart. I am beyond sorry for my set of circumstances effecting you and your family. No apology is deep enough to express the sorrow, embarrassment, and hurt I feel and have caused to you. You have welcomed me into your family with care, love, and trust. I forever cherish this. I love you, Erica, Michael, Lauren, Ricky, Paw Paw as my mother, father, soulmate, brother, sister, son, and grandmother. Expressing love through writing or words is not as inherent to me, but please know that I truly care for and love you that much. There is not a thing I would not do for you or your family. It is difficult to refrain from using 'our family' as opposed to 'your family.' Until now, I knew we were already family as I have been so happy, honored, and fortunate to be a part of it. However, in light of my current situation, I understand that I am no longer wanted. But I will keep fond memories of our countless conversations, meals, celebrations, and wonderful mementos of life together. These are extremely meaningful to me as you have filled my life with warmth and purpose.

There is more than meets the eye, despite what you may have read, been told, or assumed regarding my circumstances. Unfortunately, only one side is presented but I hope to one day share with you everything if you allow. I will be completely transparent and have your judgement of me with all the facts. Nonetheless, I am ashamed and will never bring this shame to your family. You mean too much to me.

Please permit me to make three promises:

(1) One, I will never ever let anything that has to do with me, harm you or your family. NEVER. You have my word regardless what it is I may need to deal with.

(2) Two, I apologize profusely, and will never ask for forgiveness — that is earned and not given.

(3) Three, I love you, your family, and your daughter, Erica to no end. My intentions have always been respectful, forthright, and pure.

(Continued...)

GOVERNMENT EXHIBIT 4

1/2

Erica is the singularly most amazing and beautiful person I have, or ever will encounter. I know it is your family values, upbringing, and guidance that is attritable. I can't even believe that I found such a perfect person as it saddens to write that and this letter. You should be, as I know you are, so proud of Erica. Her growth throughout the past six years is insurmountable and her potential limitless. She has the innate ability to combine intellect, compassion, and drive toward all her endeavors. She and Michael have you to thank, as I have seen it in the both of you. Please know that I have always treated Erica with respect, given her all my love, and have been fiercely loyal. There has been no one else for me. All I care about is your and her well being. All I care about is Erica's future. No matter how much I love her unconditionally, it is that same love where I refuse to be a burden to her brightness.

Mr. and Mrs. Lee, I conclude with my most profound apologies and that no words can ever encompass what I mean. I am not what others are currently portraying me to be. What I am is a person who truly loves you and your family as my own. And I cannot believe I may be losing all of you in my life. There is nothing more important to me that your family and mine. I am so so sorry.

With my deepest sincerity,

Ray

P.S. Please know that I have also sent letters to Erica and Michael in the event they come at seperate times.
& &
Ricky Lauren

2/2

---------- Forwarded message ----------
From: Ray Wu <raywu02@gmail.com>
Date: Mon, Mar 18, 2013 at 11:33 PM
Subject: From Me
To: Brian ▇ <b▇▇@gmail.com>

Hi Brian,

Sorry it took a better part of today to get situated and available. I made it to LA in order to support Cass and her Dad for an Angioplasty and potential Bypass tomorrow morning. I will be seeing him to the hospital and staying for the operation early in the morning. I will then be going to Mountain View. The 6k will be remitted to your Citibank account once I get into MV. I will also remit as much as I have on hand shortly after my meetings in MV. I believe I will have 10k within 10 business days with more (unknown) shortly after. i am making headway to the total amount needed but am in limbo. Please let me know what calls you may already be receiving.

There is so much I want to share with you (difficult even with my sister) but I feel a bit more comfortable with you. Being sorry is not enough and I am still in limbo with my thoughts in action. My mantra at this time is to do everything I can and pray that it will work out. My sister has this perception of me from growing up. I may have told her things to do or not to do but I was always taking a big brother kidding role when doing so with some topics e.g. embellish the truth.

I do not take my latest disturbance to your life lightly. What is occurring coincides with my biggest fear - that those whom have helped me may suffer consequences. I have long felt absolutely terrible for taking away from your quality of life, extra income and relationship with your immediate family. My latest has now hurt you personally and it is something I will never forgive myself for. To no end, I am deeply sorry.

I am sorry for not having the foresight and being too reliant upon outside factors when there was risk involved. I banked too much on the potential and did not properly vet alternate scenarios. Please do not feel any remorse when dealing with me. My family loves you and you are the father to my beautiful nephew. I don't want him to know an Uncle like myself unless I can be a role model for him. I haven't done much wrong in my life but done plenty at the same time. Causing you harm is the pinnacle.

Please do not trust me any more nor take my word to be accountable. I overextended my credibility and good-will a long time ago. This is my fault and it is difficult for me to describe why, how and what when for reasons unknown to me - I just want to be alone. This cowardly and not something I am proud of but I am being as open as I can. I



GOVERNMENT
EXHIBIT
5

try to battle through and a day goes by. However, there is also not a day that goes by where I am not in pain. This is such weak talk, extremely selfish and dishonorable. I am aware but do not know yet how to prevail.

Attached is the agreement you requested. It is highly confidential (not supposed to share) and I'm in hot water with MK. I pretty much stupidly went into a meltdown. Meanwhile, I am precariously doing what I am being told and nothing has been mentioned. The 100 pound gorilla is in the room but not being addressed. In the end, all will have to work out one way or another.

I apologize for my ramblings above.

With utmost respect and care,

Ray


FAX_20130319_1363665989_187.pdf
1.7MB