# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:18−cr−00852
Honorable Rebecca R. Pallmeyer

Raymond Wu

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 22, 2019:

MINUTE entry before the Honorable Rebecca R. Pallmeyer: as to Raymond Wu: For the status hearing set for 4/3/2019 at 9:30 AM, Defendant ordered to appear and be transported by U.S. Marshals Service. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.