THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 18 CR 852 |
| | ) | |
| vs. | ) | |
| | ) | Hon. Rebecca R. Pallmeyer |
| RAYMOND WU | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT RAYMOND WU'S MOTION TO RECONSIDER
## PRETRIAL DETENSION

Defendant RAYMOND WU by and through his attorneys, THEODORE T. POULOS, and MARTY BASU of COTSIRILOS, TIGHE, STREICKER, POULOS & CAMPBELL, LTD., hereby respectfully requests that the Court reconsider its order to detain Defendant Wu pending trial. In support thereof, Defendant states as follows:

1. On February 27, 2019, the Court held a hearing on the government's Motion to Detain Defendant Wu.

2. Mr. Wu's parents were ready, willing, and able to post their home as security for Mr. Wu's release. The house was appraised for $330,000, with an outstanding mortgage of roughly $155,000. However, undersigned counsel notified the Court that, while they were not certain, there appeared to be an additional $102,000 due to the mortgage company per the terms of an unsigned ancillary agreement between Mr. Wu's parents and the mortgage company. (Attached as Exhibit A). Thus, undersigned counsel represented that the property may have only $75,000 in equity.

3. At the close of the hearing, the Court ordered the continued detainment of Mr. Wu pending trial. In explaining its decision, the Court cited the lack of substantial equity in the

parents' home.

4. At the end of the hearing, undersigned counsel advised the Court that Mr. Wu may be able to secure an additional $100,000 in property and asked if that would change the Court's decision. The Court responded that it very well could alter the Court's determination.

5. After the hearing, Mr. Wu's parents conducted further due diligence and discovered an executed Loan Modification Agreement memorializing the mortgage company's forgiveness of $102,000 in principal from the mortgage. (Attached as Exhibit B). Thus, it now appears that Mr. Wu's parents' home has approximately $175,000 in equity instead of only $75,000 as originally believed.

6. Therefore, we respectfully request that this Court release Mr. Wu pending trial pursuant to bond secured by the $175,000 in equity in his parents' home.

7. That Mr. Wu poses no risk of flight is evidence for a host of reasons. He is a U.S. citizen, he previously surrendered his U.S. passport and has no other passport, he has not traveled outside the country in nearly four years, and he otherwise has no substantial financial or familial ties outside the country. Previous determinations by the Probation Office that he was a flight risk were based on answers to questions regarding his passport and previous travel which were clearly the product of a misunderstanding.

8. While the Court showed concern that Mr. Wu may engage in conduct similar to what is at issue in the case, such risk could be substantially mitigated by imposing strict conditions of release such as home detention and restrictions on who he would be allowed to communicate with.

9. Furthermore, Mr. Wu's parents are steadfast in their faith in their son and remain

2

willing and able to post their home. His family's faith in him will no doubt induce and encourage Mr. Wu to strictly adhere to any conditions of release the Court imposes.

WHEREFORE, for the reasons set forth above, Defendant Raymond Wu respectfully requests that this Court reconsider its order to detain Defendant Wu and grant Defendant Wu's pretrial release pursuant to a bond with such conditions of release as this Court deems appropriate.

Dated:  March 29, 2019                                    Respectfully submitted,


                                                          /s/ Marty Basu
                                                          *An attorney for Defendant Raymond Wu*


                                                          Theodore T. Poulos
                                                          Terence H. Campbell
                                                          Marty Basu
                                                          Cotsirilos, Tighe, Streicker,
                                                              Poulos & Campbell, Ltd.
                                                          33 North Dearborn Street, Suite 600
                                                          Chicago, IL 60602
                                                          (312) 263-0345