IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 18 CR 852 |
| | ) | |
| vs. | ) | Honorable Rebecca R. Pallmeyer |
| | ) | |
| RAYMOND WU, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:    Jacqueline Stern
Assistant United States Attorney
219 South Dearborn Street
Suite 500
Chicago, IL 60604

PLEASE TAKE NOTICE that on Wednesday, April 3, 2019, at 9:30 a.m., we shall appear before the Honorable Rebecca R. Pallmeyer, United States District Judge, in the Courtroom usually occupied by her at 219 South Dearborn Street, Chicago, Illinois, and present *Defendant Raymond Wu's Motion to Reconsider Pretrial Detention.*

Dated:   March 29, 2019                       Respectfully submitted,

                                                                    By:    /s/ Marty Basu

Theodore T. Poulos
Marty Basu
Cotsirilos, Tighe, Streicker, Poulos & Campbell, Ltd.
33 North Dearborn Street, Suite 600
Chicago, IL 60602
312-263-0345
*Attorneys for Defendant Raymond Wu*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that the following documents:

- Defendant Raymond Wu's Motion to Reconsider Pretrial Detention; and
- Notice Of Motion

were served on March 29, 2019 in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the District Court's system as the ECF filers.

                 Respectfully submitted,

                 By: /s/ *Marty Basu*