UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAYMOND WU | No. 18 CR 852<br><br>Rebecca R. Pallmeyer |

## GOVERNMENT'S RESPONSE TO
## DEFENDANT'S MOTION TO RECONSIDER DETENTION

The United States of America, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, respectfully requests that the Court deny the defendant's motion and continue to detain the defendant as a flight risk and danger to the community, for the reasons set forth below.

The defendant, Raymond Wu, should not be released from custody. The defendant cannot be trusted; he has repeatedly lied, and has consistently violated court orders. The defendant has defrauded family members and friends, as well as investors. The defendant will not be deterred by a court order or the posting of his parents' home.

**Lies:** The defendant has lied and cheated since he was arrested in Milwaukee in 2015. The defendant lied to: (1) Milwaukee Pretrial Services, (2) California Pretrial Services, (3) Chicago Pretrial Services, (4) the California Probation Office, and (5) the Court in Milwaukee. The defendant also lied to his family, friends, and investors.

The defendant's word cannot be trusted, as evidenced by his extensive pattern of

1

lying. Allowing his parents to post their home will not change that.

**Violations of Court Orders:** The defendant has repeatedly violated court orders: (1) The defendant violated the Pre-trial Release Order issued by the Court in Milwaukee; (2) The defendant violated the Judgment and Commitment Order setting forth conditions of Supervised Release that was issued by the Court in Milwaukee; and (3) The defendant violated the Restitution Order entered by the Court in Milwaukee.

The defendant's pattern of violating court orders means that there is an overwhelming risk that his parents will suffer the loss of their home.

**Fraud:** The defendant has defrauded and cheated his family and friends. Specifically: (1) The defendant defrauded his sister and her husband; (2) The defendant defrauded his sister's father-in-law (her husband's father); (3) The defendant defrauded his girlfriend's mother (the equivalent of the defendant's mother-in-law); and (4) The defendant defrauded his best friend. The defendant also defrauded other investors, and he failed to file tax returns for at least seven years.

The fact that the defendant has defrauded his family members and friends shows that the defendant is willing harm people who are close to him. The defendant has repeatedly placed his own interests ahead of the interests of his family and friends.

**Restitution:** The defendant owes restitution of more than $200,000 to victims in the Milwaukee case. Based on the current indictment, there is probable cause to believe that the defendant owes more than $1 million to additional victims. The defendant has

failed to make any significant payments to any of his victims, and has failed to take steps to generate any legitimate income to repay victims.

Adding an additional debt of $175,000--the value of his parents' home--will not add much to the amount of money the defendant already owes.

**Deterrence:** The court system has failed to deter the defendant. The defendant was not deterred by his Milwaukee arrest, indictment, and conviction. The defendant was not deterred by his prison sentence, or the time he spent at a halfway house and on supervised release. Posting collateral of $175,000 and imposing conditions of release will not deter the defendant.

**Oversight:** The defendant's parents cannot provide adequate oversight of the defendant to ensure that he does not commit fraud or flee. The defendant found ways to get around the restrictions imposed by the Bureau of Prisons, the halfway house, and the Probation Office. The defendant can certainly find ways to get around his parents.

Even if the defendant is in home detention, he will leave the house to travel to court and to obtain medical services as needed.

## Conclusion

The defendant presents a risk of flight and a danger to the community, and there are no conditions that will prevent flight or protect the community. The defendant has repeatedly lied and violated court orders. The defendant has defrauded family members and friends, as well as investors. There is a tremendous likelihood that the defendant's

3

parents will lose their home. The government respectfully requests that the Court deny the defendant's motion.

                Respectfully submitted,

                JOHN R. LAUSCH, JR.
                United States Attorney

By:  *s/ Jacqueline Stern*
       JACQUELINE STERN
       Assistant U.S. Attorney
       219 South Dearborn St., Rm. 500
       Chicago, Illinois 60604
       (312) 353-5329