IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 18 CR 852-1 |
| Raymond Wu, | ) ) | Judge Rebecca R. Pallmeyer |
| Defendant. | ) ) ) | |

## ORDER

Status hearing held on 4/3/2019. Defendant Raymond Wu's motion to reconsider pretrial detention [37] is granted. Defendant released on a $300,000 secured bond. Status hearing set for 4/19/2019 at 1:00 PM. In the interest of justice, and review of discovery, order excludable time to start pursuant to 18:3161(h)(7)(A)(B). [XT]

ENTER:

Dated: April 3, 2019

_____
REBECCA R. PALLMEYER
United States District Judge

(T:00:30)