# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

UNITED STATES OF AMERICA

                                    Plaintiff,

v.                                                       Case No.: 1:18−cr−00852

                                                                Honorable Rebecca R. Pallmeyer

Raymond Wu

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 19, 2019:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: as to Raymond Wu: Status hearing held on 4/19/2019. Early return of trial subpoenas is granted reciprocal within three weeks. Status hearing set for 6/13/2019 at 9:30 AM. In the interest of justice, order excludable time to start pursuant to 18:3161(h)(7)(A)(B). Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.