**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division**

UNITED STATES OF AMERICA

                             Plaintiff,

v.                                                   Case No.: 1:18−cr−00852
                                                   Honorable Rebecca R. Pallmeyer

Raymond Wu

                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 12, 2019:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: as to Raymond Wu: By agreement, change of plea hearing set for 7/2/2019 at 10:00 AM. Status hearing set for 6/13/2019 is stricken. In the interest of justice, and for plea negotiations, order excludable time to start pursuant to 18:3161(h)(7)(A)(B). Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.