# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

UNITED STATES OF AMERICA

                                        Plaintiff,

v.                                                                      Case No.: 1:18−cr−00852
                                                                     Honorable Rebecca R. Pallmeyer

Raymond Wu

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 27, 2019:

       MINUTE entry before the Honorable Rebecca R. Pallmeyer: as to Raymond Wu: By agreement, status hearing set for 7/2/2019 at 10:00 AM. Change of plea hearing set for 7/2/2019 is stricken. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.