**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| USA<br>Plaintiff(s),<br><br>v.<br><br>Raymond Wu<br>Defendant(s). | Case No. 18 CR 852<br>Judge Rebecca R. Pallmeyer |

## ORDER

Status hearing held and continued to 8/5/19 at 10:00 a.m. Defendant's oral motion for leave to withdraw and substitute counsel is granted. Attorneys Theodore Thomas Poulos and Marty Basu are given leave to withdraw as counsel and Attorney Daniel J. Hesler is given leave to appear on behalf of Defendant. Government's oral motion to exclude time is granted. In the interest of justice and for the reasons stated on the record, time is hereby excluded to 8/5/19 pursuant to the provisions of the Speedy Trial Act, 18 USC § 3161(h)(7)(A)(B) and 18 USC § 3161 (h)(1)(D). (X-T) & (X-E)

00:05

Date: 7/2/2019

_____
Rebecca R. Pallmeyer
United States District Judge