**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| USA<br>Plaintiff(s),<br><br>v.<br><br>Raymond Wu<br>Defendant(s). | Case No. 18 CR 852<br>Judge Rebecca R. Pallmeyer |

## ORDER

Status hearing held and continued to 9/30/2019 at 10:30 a.m. Jury trial set for 4/6/2020 at 9:30 a.m. Government's oral motion to exclude time is granted. In the interest of justice and for the reasons stated on the record, time is hereby excluded to 4/6/2020 pursuant to the provisions of the Speedy Trial Act, 18 USC § 3161(h)(7)(A)(B) and 18 USC § 3161 (h)(1)(D). (X-T) & (X-E)

00:05

Date: 8/6/2019

Rebecca R. Pallmeyer
United States District Judge