# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| USA<br>Plaintiff(s),<br><br>v.<br><br>Raymond Wu<br><br>Defendant(s). | Case No. 18 CR 852<br>Judge Rebecca R. Pallmeyer |

## ORDER

By agreement of the parties, status hearing previously set for 9/30/19 is stricken and re-set to 10/11/19 at 10:30 a.m. In the interest of justice, time is hereby excluded to 10/11/19 pursuant to the provisions of the Speedy Trial Act, 18 USC § 3161(h)(7)(A)(B) and 18 USC § 3161 (h)(1)(D). (X-T).

Date: 9/24/2019

_____
Rebecca R. Pallmeyer
United States Chief District Judge