IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)  No. 18 CR 852<br>v.       )<br>)  Hon. Rebecca R. Pallmeyer<br>RAYMOND WU             ) | |

## NOTICE OF MOTION

To: Kou Liang Wu and Sandra Wu  **PTSO Pace Morrison**
    Sureties  U.S. Pretrial Office
    Chicago, IL  219 S. Dearborn Street, Suite 15100
    **(By Hand Delivery)**  Chicago, IL  60604

    PLEASE TAKE NOTICE that on Friday, October 11, 2019, we shall appear before the Honorable Rebecca R. Pallmeyer at 10:30 a.m., in the Federal Building, Chicago, Illinois and shall present the attached motion:

DEFENDANT RAYMOND WU'S MOTION FOR
MODIFICATION OF CONDITIONS OF BOND

    Respectfully submitted,

    FEDERAL DEFENDER PROGRAM
    John F. Murphy
    Executive Director

    By: */s/ Daniel J. Hesler*
        Daniel J. Hesler

DANIEL J. HESLER
FEDERAL DEFENDER PROGRAM
55 E. Monroe Street, Suite 2800
Chicago, IL  60603
(312) 621-8347