UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAYMOND WU | No. 18 CR 852<br><br>Rebecca R. Pallmeyer |

**<u>GOVERNMENT'S EXHIBITS FOR GOVERNMENT'S RESPONSE TO
DEFENDANT'S MOTION TO MODIFY CONDITIONS OF BOND</u>**

                Respectfully submitted,

                JOHN R. LAUSCH, JR.
                United States Attorney

By:   *s/ Jacqueline Stern*
        JACQUELINE STERN
        Assistant U.S. Attorney
        219 South Dearborn St., Rm. 500
        Chicago, Illinois 60604   (312) 353-5329

1

| TIMELINE - INVESTMENTS/LOANS BY DATE | | | DRAFT |
|---|---|---|---|
| Date | Name | Investment | Milwaukee Case |
| | 2009 | | |
| 3/20/2009 | SHU M-W | $200,000 | |
| 12/11/2009 | SHU M-W | $150,000 | |
| | 2012 | | |
| 5/4/2012 | SHU M-W | $50,000 | |
| 11/13/2012 | JOE C. | $10,850 | |
| | 2013 | | |
| 8/30/2013 | GREG C. | $25,000 | |
| 10/1/2013 | GREG C. | $75,000 | |
| 1/17/2013 | JAKE B. | $10,850 | |
| 1/31/2013 | JAKE B. | $10,000 | |
| | 2014 | | |
| 3/25/2014 | GREG C. | $50,000 | |
| 4/29/2014 | GREG C. | $50,000 | |
| 9/15/2014 | GREG C. | $20,000 | |
| 10/14/2014 | GREG C. | $30,000 | |
| | 2015 | | |
| 4/2/2015 | SOU W-L | $12,500 | |
| 4/30/2015 | SOU W-L | $30,000 | |
| 5/26/2015 | | | Arrested by the FBI at LA Airport |
| 5/29/2015 | SOU W-L | $30,000 | |
| 6/15/2015 | SOU W-L | $35,000 | |
| 6/18/2015 | | | Arraignment |
| 7/7/2015 | SOU W-L | $17,500 | |
| | 2016 | | |
| 4/11/2016 | | | Guilty Plea |
| 7/5/2016 | STAN F. | $50,000 | |
| 9/21/2016 | TOM P. | $250,000 | |
| 12/5/2016 | | | Sentenced to 1 year in prison, restitution of $242,529, and 3 years Supervised Release |
| | 2017 | | |
| 1/5/2017 | LAURA A. | $150,000 | |
| 1/27/2017 | TOM P. | $25,000 | |
| 1/31/2017 | | | Reported to FCI Taft to begin 1 year sentence |
| 2/1/2017 | TOM P. | $25,000 | |
| 2/15/2017 | LAURA A. | $50,000 | |
| 2/17/2017 | LAURA A. | $1,650 | |
| 3/16/2017 | LAURA A. | $50,000 | |
| 4/18/2017 | LAURA A. | $75,000 | |
| 5/16/2017 | TOM P. | $20,000 | |
| 5/18/2017 | LAURA P. | $25,000 | |



GOVERNMENT EXHIBIT
Timeline Chart

| Date | Name | Amount | Note |
|---|---|---|---|
| 6/21/2017 | LAURA P. | $25,000 | |
| 7/25/2017 | LAURA P. | $25,000 | |
| 7/28/2017 | TOM P. | $50,000 | |
| 9/14/2017 | | | Assigned to BOP's Vinewood Residentical Reentry Center, L.A.(halfway house) |
| 10/17/2017 | STANLEY F. | $25,000 | |
| 12/12/2017 | | | Released from BOP custody and began three years supervised release |
| 12/15/2017 | TOM P. | $25,000 | |
| 12/27/2017 | TOM P. | $25,000 | |
| | 2018 | | |
| 1/3/2018 | TOM P. | $80,000 | |
| 1/26/2018 | STAN F. | $25,000 | |
| 3/14/2018 | STAN F. | $50,000 | |
| 4/13/2018 | SOU W-L | $100,000 | |
| 10/22/2018 | STAN F. | $50,000 | |
| Total | | $1,808,350 | |
| | **DRAFT** | | |

| No. | Name | Investments & Loans | Payouts or Investments | Net Loss |
|---|---|---|---|---|
| | INVESTOR SUMMARY - RE: RAYMOND WU | | | |
| 1 | LAURA A. | $401,650 | $293,000 | $108,650 |
| 2 | JAKE B. | $20,850 | $0 | $20,850 |
| 3 | JOE C. | $10,850 | $0 | $10,850 |
| 4 | GREG C. | $250,000 | $50,000 | $200,000 |
| 5 | STAN F. | $200,000 | $0 | $200,000 |
| 6 | STEFAN J. | $9,500 | $0 | $9,500 |
| 7 | TOM P. | $600,000 | $0 | $600,000 |
| 8 | SHU M-W. | $350,000 | $249,000 | $101,000 |
| 9 | SOU W-L. | $295,000 | $70,000 | $225,000 |
| | Total | $2,137,850 | $662,000 | $1,475,850 |
| | DRAFT | | | |



GOVERNMENT EXHIBIT
Investor Summary Chart