IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| USA<br>Plaintiff(s),<br><br>v.<br><br>Raymond Wu<br>Defendant(s). | Case No. 18 CR 852<br>Judge Rebecca R. Pallmeyer |

### ORDER

    Status hearing held and continued to 1/8/20 at 10:00 a.m. Motion hearing held. For the reasons stated on the record, Defendant's motion for modification of conditions of bond [53] is granted in part. Defendant shall submit an order proposing conditions to allow Defendant to look for work. Government's oral motion to exclude time is granted. In the interest of justice and for the reasons stated on the record, time is hereby excluded to 4/6/20 pursuant to the provisions of the Speedy Trial Act, 18 USC § 3161(h)(7)(A)(B) and 18 USC § 3161 (h)(1)(D). (X-T) & (X-E)

00:25 oah   00:05

Date: 10/11/2019

Rebecca R. Pallmeyer
United States District Judge