UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 18 CR 852 |
| v. | ) | |
| | ) | Hon. Rebecca R. Pallmeyer |
| RAYMOND WU | ) | |

## ORDER

Having been informed of the relevant circumstances, Defendant Raymond Wu's motion to modify conditions of bond is granted in part. More specifically, Mr. Wu shall be permitted to leave his residence to seek employment. Mr. Wu must provide pretrial services with advance notice of where he intends to go, and with any requested documentation of his job search. If he finds employment, Mr. Wu will seek approval from the Court and the Pretrial Services Officer for permission to leave his residence for employment purposes. Mr. Wu should provide any requested documentation to the Pretrial Services Officer.

ENTER:

DATE: 10/30/19

Rebecca R. Pallmeyer
United States District Judge