UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 18 CR 852 |
| v. | ) |
| | ) Hon. Rebecca R. Pallmeyer |
| RAYMOND WU | ) |

ORDER

Having been informed of the relevant circumstances, Defendant Raymond Wu's conditions of bond are modified to permit him to leave home for work purposes during the hours approved by pretrial services. Mr. Wu must provide all requested information and/or verification concerning his employment to pretrial services as requested, including but not limited to his hours and schedules, his work responsibilities (including if those responsibilities change), his paystubs, and any documentation of what he is doing that is given to him by his employer.

ENTER:

11/27/19

Rebecca R. Pallmeyer
United States District Judge