IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 18 CR 852 |
| v. | ) | |
| | ) | Hon. Rebecca R. Pallmeyer |
| RAYMOND WU | ) | |

## NOTICE OF MOTION

To: AUSA Jacqueline Stern
    U.S. Attorney's Office
    219 S. Dearborn Street
    Chicago, IL 60604

    PLEASE TAKE NOTICE that on Wednesday, January 8, 2020, we shall appear before the Honorable Rebecca R. Pallmeyer at 10:00 a.m., in the Federal Building, Chicago, Illinois and shall present the attached motion:

DEFENDANT WU'S MOTION TO RESET TRIAL DATE

                        Respectfully submitted,

                        FEDERAL DEFENDER PROGRAM
                        John F. Murphy
                        Executive Director

                        By: */s/ Daniel J. Hesler*
                                Daniel J. Hesler

DANIEL J. HESLER
FEDERAL DEFENDER PROGRAM
55 E. Monroe Street, Suite 2800
Chicago, IL 60603
(312) 621-8347