UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 18 CR 852 |
| v. | Rebecca R. Pallmeyer |
| RAYMOND WU | |

**GOVERNMENT'S RESPONSE TO**
**DEFENDANT'S MOTION TO RESET THE TRIAL DATE**

The UNITED STATES OF AMERICA, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, respectfully requests that this Court deny the defendant's Motion to Re-Set the Trial Date.

Defendant Raymond Wu was indicted on February 12, 2019. The trial is currently set for April 6, 2020, more than a year after the defendant was indicted. The defendant is charged with four counts of wire fraud.

The case is not extraordinarily complex. The facts and the law are relatively straight forward. The number of victims is limited and the amount of loss is not unusually high. The case involves approximately ten investors and an actual loss of approximately $1.4 million. See Exhibit 1, a summary chart that identifies victims and loss.

The trial date in this case was set last August, thereby providing defense counsel approximately eight months to prepare for trial. The bulk of the discovery had already been produced to the defendant by last August.

The defendant's motion stated that it "seems likely that this case will be resolved by a plea…[because] the discovery strongly suggests that Mr. Wu made misstatements that may have been material to financial decisions made by people involved with Mr. Wu." Mtn. at 2. The evidence shows, for example, that Mr. Wu told investors that he was traveling in other countries or being treated for cancer in China, when, in fact, he was serving time in prison for his prior fraud. The evidence also shows that the defendant made provably false representations in emails and text messages.

The defendant is no longer in custody or home detention. The last time that the defendant was released on bond, unbeknownst to Pretrial Services, the defendant continued to obtain money from investors. While the defendant was on Supervised Release, unbeknownst to Probation, the defendant continued to obtain money from investors, and he lied to Probation about his employment. After the defendant was arrested in this case, he lied to Pretrial Services in California and Chicago about his prior employment. Because Pretrial Services and Probation have limited resources, in some instances those agencies do not have the ability to detect on-going financial fraud.

This case should be resolved, rather than postponed. If the Court determines that a delay is appropriate, the government respectfully requests that the delay be limited to a reasonably short period of time.

## Conclusion

The government respectfully requests that the Court deny the defendant's motion to re-set the trial date.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: *s/ Jacqueline Stern*
JACQUELINE STERN
Assistant U.S. Attorney
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604
(312) 353-5329

# EXHIBIT 1

| INVESTOR SUMMARY - RE: RAYMOND WU | | | | |
|---|---|---|---|---|
| No. | Name | Investments & Loans | Payouts or Investments | Net Loss |
| 1 | Laura A. | $401,650 | $293,000 | $108,650 |
| 2 | Jake B. | $20,850 | $0 | $20,850 |
| 3 | Joe C. | $10,850 | $0 | $10,850 |
| 4 | Gregory C. | $250,000 | $50,000 | $200,000 |
| 5 | Stanly F. & Mindy H. | $200,000 | $0 | $200,000 |
| 6 | Stefan J. | $9,500 | $0 | $9,500 |
| 7 | Tom P. | $600,000 | $0 | $600,000 |
| 7A | Attempted loss: re stock | $287,000 | $0 | $287,000 |
| 8 | Shu M. W. | $350,000 | $249,000 | $101,000 |
| 9 | Sou W.-L. | $295,000 | $70,000 | $225,000 |
| 9A | Attempt Loss: W.-L. | $200,000 | $0 | $200,000 |
| | | | | |
| | Total | $2,624,850 | $662,000 | $1,962,850 |
| | This includes the attempted loss of $487,000. Actual funds obtained: $2,137,850. Actual loss: $1,475,850 | | | Actual Net Loss: $1,475,850 |
| | | | | |
| | | DRAFT | | |

