IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>                                              )<br>      v.                                      )<br>                                            )<br>RAYMOND WU                     ) | ) No. 18 CR 852<br><br>) Hon. Rebecca R. Pallmeyer |

## **<u>NOTICE OF MOTION</u>**

To: AUSA Jacqueline Stern
     U.S. Attorney's Office
     219 S. Dearborn Street
     Chicago, IL  60604

     PLEASE TAKE NOTICE that on Tuesday, February 18, 2020, we shall appear before the Honorable Rebecca R. Pallmeyer at 8:45 a.m., in the Federal Building, Chicago, Illinois and shall present the attached motions:

1. DEFENDANT RAYMOND WU'S MOTION FOR MODIFICATION OF CONDITIONS OF BOND TO CURFEW STATUS
2. DEFENDANT RAYMOND WU'S MOTION FOR MODIFICATION OF CONDITIONS OF BOND TO ALLOW ADDITIONAL TELEPHONE OR INTERNET ACCESS

                                                          Respectfully submitted,

                                                          FEDERAL DEFENDER PROGRAM
                                                          John F. Murphy
                                                          Executive Director

                                                          By: */s/ Daniel J. Hesler*
                                                                Daniel J. Hesler

DANIEL J. HESLER
FEDERAL DEFENDER PROGRAM
55 E. Monroe Street, Suite 2800
Chicago, IL  60603
(312) 621-8347