**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| USA<br>Plaintiff(s),<br><br>v.<br><br>Raymond Wu<br>Defendant(s). | Case No. 18 CR 852<br>Judge Rebecca R. Pallmeyer |

### ORDER

Motion hearing held. Defendant's motion for modification of conditions of bond to curfew status [68] is granted. Curfew hours shall be set by supervising pretrial services officer. For the reasons stated on the record, Defendant's motion for modification of conditions of bond to allow additional telephone or internet access [69] is denied. Enter Order

00:20

Date: 2/18/2020

_____
Rebecca R. Pallmeyer
United States District Judge