UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 18 CR 852 |
| v. ) | |
| ) | Hon. Rebecca R. Pallmeyer |
| RAYMOND WU ) | |

ORDER

Having been informed of the relevant circumstances, Defendant Raymond Wu's conditions of bond are modified as follows: First, his home incarceration is modified to curfew status, with specific hours to be set by his supervising pretrial services officer. Second, the condition of release prohibiting phone use is modified to permit Mr. Wu to use a telephone for purposes of communicating with his present employers and to communicate with medical providers, and for emergency purposes. He is also permitted to receive incoming calls from his two aunts, two uncles, and six first cousins. Mr. Wu remains prohibited from contacting directly or indirectly anyone the government has identified as a victim of this offense except through counsel.

ENTER:

DATE: February 19, 2020

_____
Rebecca R. Pallmeyer
United States District Judge