UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

RAYMOND WU

No. 18 CR 852

Judge Rebecca R. Pallmeyer

AGREED MOTION CONCERNING PRE-TRIAL SCHEDULING DATES

The United States of America, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, hereby submits a list of dates agreed to by the parties relating to certain pre-trial issues. Trial in this case has been set for August 17, 2020.

The government takes the position that if the defendant enters a plea of guilty on or before June 24, 2020, the defendant's plea will be timely for purposes of Guidelines calculations, but not thereafter.

The parties propose the following dates for the identified matters set forth below.

| Date | | Disclosures |
|---|---|---|
| 7/10/20 | **Expert disclosures.** | Both sides to file expert disclosures pursuant to Rule 16(a)(1)(G) and 16(b)(1)(C) of the Federal Rules of Criminal Procedure. |
| 7/17/20 | **Objections re experts.** | Both sides to file, as needed. |
| 7/24/20 | **Replies re experts.** | Both sides to file, as needed. |
| 7/24/20 | **Motions in limine; Jury instructions; and Voir dire questions.** | Both sides to file, as needed. |
| 7/31/20 | **Objections to Motions in limine; Jury instructions; and Voir dire questions.** | Both sides to file, as needed. |

| | | |
|---|---|---|
| 7/31/20 | **Section 3500 materials** | The government will provide materials required by 18 U.S.C. § 3500 and *Giglio v. United States* for those witnesses whom the government intends at that time to call in their case-in-chief, if those documents have not already been produced. If the government obtains § 3500 or *Giglio* material less than two weeks prior to trial, the government will provide that information promptly upon receipt. |
| 7/31/20 | *Santiago* **proffer** | The government will file a proffer pursuant to *United States v. Santiago*, 582 F.2d 1128 (7th Cir. 1978), if applicable. |
| 7/31/20 | **Rule 404(b)** | The government will provide notice of evidence it intends to offer pursuant to Federal Rule of Evidence 404(b) relating to evidence in the government's case-in-chief. |
| 8/7/20 | **Response re 404(b) and *Santiago* proffer** | Defendant will file any response to the government's 404(b) notice, and *Santiago* proffer. |
| 8/10/20 | **Exhibit lists** | Both parties will provide a tentative draft exhibit list, identifying the exhibits that the parties intend to use in their cases-in-chief, and to make those exhibits available, if any of those materials have not already been produced. Those exhibit lists will not prohibit the parties from including additional exhibits as needed. |
| 8/10/20 | **Witness lists** | Both parties will provide a tentative draft witness list, identifying the witnesses that the parties intend to call in their cases-in-chief, and to make all materials relating to those witnesses available, if any of those materials have not already been produced. Those witness lists will not prohibit the parties from including additional witnesses as needed. |
| **Trial 8/17/20** | | Trial. |

                                              Respectfully submitted,

                                              JOHN R. LAUSCH, JR.
                                              United States Attorney

                    By:    */s/Jacqueline Stern*
                           JACQUELINE STERN
                           Assistant U.S. Attorney
                           219 South Dearborn St., Rm. 500
                           Chicago, Illinois 60604
                           (312) 353-5329