# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:18−cr−00852
Honorable Rebecca R. Pallmeyer

Raymond Wu

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 9, 2020:

MINUTE entry before the Honorable Rebecca R. Pallmeyer as to Raymond Wu: Government's agreed motion concerning pre−trial scheduling dates [74] is granted as follows: Parties' expert disclosures shall be completed by 7/10/2020. Parties&#0;39; objections to expert disclosures shall be filed by 7/17/2020. Parties' replies to expert disclosures shall be filed by 7/24/2020. Parties' motions in limine, jury instructions, and voir dire questions shall be filed by 7/24/2020. Parties' objections to motions in limine shall be filed by 7/31/2020. Government's Section 3500 materials, Santiago proffer and Rule 404(b) notice shall be filed by 7/31/2020. Defendant's response to Government's 404(b) notice and Santiago proffer shall be filed by 8/7/2020. Parties' exhibit and witness lists shall be submitted by 8/10/2020. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.