# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Raymond Wu

Defendant.

Case No.: 1:18−cr−00852
Honorable Rebecca R. Pallmeyer

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 5, 2020:

MINUTE entry before the Honorable Rebecca R. Pallmeyer as to Raymond Wu: Defendant's unopposed motion to reset trial date and plea deadlines [81] is granted. Jury trial set for 8/17/2020 is stricken. Telephone status hearing set for 8/11/2020 at 9:30 a.m to set further dates. In the interest of justice, time is hereby excluded to 8/11/2020 pursuant to the provisions of the Speedy Trial Act, 18 USC § 3161(h)(7)(A)(B) and 18 USC § 3161 (h)(1)(D). Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.