# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                             Case No.: 1:18−cr−00852
                                                   Honorable Rebecca R. Pallmeyer

Raymond Wu

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 11, 2020:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer as to Raymond Wu: Telephone status hearing held. Change of plea hearing set for 11/9/2020 at 11:00 a.m. Government's oral motion to exclude time is granted. In the interest of justice and for the reasons stated on the record, time is hereby excluded to 11/9/2020 pursuant to the provisions of the Speedy Trial Act, 18 USC § 3161(h)(7)(A)(B) and 18 USC § 3161 (h)(1)(D). (X−T) & (X−E) Notice mailed by judge's staff (ntf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.