UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 18 CR 852 |
| v. | ) |
| | ) Hon. Rebecca R. Pallmeyer |
| RAYMOND WU | ) |

## ORDER

Having been informed of the relevant circumstances, Defendant Raymond Wu's motion to modify conditions of bond is granted is discussed on the record. The requirement of location monitoring is removed. Mr. Wu is to remain on curfew status without EM, with hours to be set by pretrial services. The condition of release prohibiting internet access use is modified to permit Mr. Wu to access the internet, with the exception that he may not contact directly or indirectly anyone the government has identified as a victim of this offense except through counsel. The condition of release prohibiting phone use is modified to permit Mr. Wu to use a telephone, with the exception that he may not contact directly or indirectly anyone the government has identified as a victim of this offense except through counsel. Mr. Wu is furthermore prohibited from engaging in any business or financial transactions or dealing involving investments or loans or other people's money. Mr. Wu is furthermore prohibited from engaging in any financial transaction involving more than $500 without notifying his pretrial services officer in advance. This prohibition does not preclude Mr. Wu's counsel

from communicating with or providing information to any victim of the offense or their counsel. All other conditions of bond remain as previously imposed.

ENTER:

_____
Rebecca R. Pallmeyer
Chief United States District Judge

DATE: October 15, 2020