IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 18 CR 852 |
| v. ) | |
| ) | Hon. Rebecca R. Pallmeyer |
| RAYMOND WU ) | |

DEFENDANT WU'S UNOPPOSED MOTION TO
RESET CHANGE OF PLEA DATE

Defendant RAYMOND WU, by the FEDERAL DEFENDER PROGRAM and its attorney DANIEL J. HESLER, hereby requests that change-of plea date which is presently set for November 9, 2020 be reset by about 30 days to sometime in early December, 2020. It remains the defense's intention to enter a change of plea reasonably promptly. The government does not oppose this motion. Defendant further states as follows:

1. As this Court knows, a change of plea in this case is currently set for November 10, 2020. It is likely to be a blind plea to the indictment.

2. This remains a complex case. A blind plea will resolve the issue of guilt or innocence; it may still leave a lot to be determined at sentencing. Counsel and Mr. Wu are working on what can be included in a plea declaration.

3. This Court recently (on October 15) granted the defendant's motion to allow Mr. Wu to have internet access. Mr. Wu promptly moved to arrange that, but is waiting for the cable provider to get that set up in his parent's home.

1

(Apparently, internet/cable is a popular thing right now, and there is a backlog for installation orders.) The Federal Defender Program and its attorneys are trying to avoid in-person client meetings (and particularly lengthy ones) to review documents right now, and so the idea of meeting by Zoom seems a vastly preferable alternative right now. That should be possible soon.

4. For these reasons, the defense is asking that the present change of plea date be set back to a date in early December.

5. The government, by AUSA Jacqueline Stern, has been consulted concerning this request. The government does not oppose this request.

6. The government seeks and the defense has no objection to the exclusion of time for speedy trial purposes, in the interests of justice, for continued review of complex discovery materials, plea negotiations, or any other reason.

**Conclusion**

Wherefore, for all these reasons, the defense respectfully requests that the change of plea in this case be reset from November 10, 2020, to a date in early December as the Court is available. It is further requested that time be excluded between now and the date of the change of plea.

Respectfully submitted,

FEDERAL DEFENDER PROGRAM
John F. Murphy
Executive Director

By: */s/Daniel J. Hesler*
      Daniel J. Hesler

DANIEL J. HESLER
FEDERAL DEFENDER PROGRAM
55 E. Monroe St., Suite 2800
Chicago, IL   60603
(312) 621-8347

## CERTIFICATE OF SERVICE

      The undersigned, Daniel J. Hesler, an attorney with the Federal Defender Program hereby certifies that in accordance with FED.R.CIV.P5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document(s):

### DEFENDANT WU'S UNOPPOSED MOTION TO RESET CHANGE OF PLEA DATE

was served pursuant to the district court's ECF system as to ECF filings, if any, and were sent by first-class mail/hand delivery on October 29, 2020, to counsel/parties that are non-ECF filers.

                By:    */s/Daniel J. Hesler*
                          DANIEL J. HESLER
                          FEDERAL DEFENDER PROGRAM
                          55 E. Monroe St., Suite 2800
                          Chicago, Illinois 60603
                          (312) 621-8347