**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

USA
Plaintiff(s),

v.

  Raymond Wu
Defendant(s).

Case No.  18 CR 852
Judge  Rebecca R. Pallmeyer

## ORDER

Change of plea hearing held by video.  Defendant consents to proceed by video.
Defendant withdraws plea of not guilty and enters a plea of guilty. The court accepts the
Defendant's plea of guilty to Counts I, II, III, and IV in the Indictment.  Enter Plea Declaration.
This cause is referred to the U.S. Probation office for a presentence investigation. Presentence
Report shall be filed by 3/23/2021. Defendant's objection shall be filed by 4/13/2021.
Government's response shall be filed by 4/20/2021. Sentencing hearing set for 4/27/2021 at
11:30 a.m. The Court directs the Probation Officer to send a copy of the Probation's Sentencing
Recommendation to both counsel.  Pursuant to 18 U.S.C. § 3664(d)(1),  if restitution is being
sought in this case, 60 days prior to the sentencing date, the Government shall provide the
Probation Office and the courtroom deputy an electronic standardized spreadsheet (available on
the Court's website) with a list of victims and their full current contact information.  This list
shall include any amounts subject to restitution.   If the Government is not able to provide the
full victim list 60 days prior to sentencing, they shall file a motion to request an extension of
time to compile the information, to the extent permitted by 18 U.S.C. § 3664(d)(5).

00:30

Date:  12/9/2020

Rebecca R. Pallmeyer
United States District Judge