# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                                 Plaintiff,

v.                                         Case No.: 1:18−cr−00852
                                                   Honorable Rebecca R. Pallmeyer

Raymond Wu

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 19, 2021:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: as to Raymond Wu. Telephone status hearing set for 4/20/21 at 11:30 a.m. is stricken. The parties are directed to consult one another and email nicole_fratto@ilnd.uscourts.gov with a proposed briefing schedule no later than 5:00 p.m. on 4/20/21. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.