# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:18−cr−00852
Honorable Rebecca R. Pallmeyer

Raymond Wu

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 20, 2021:

MINUTE entry before the Honorable Rebecca R. Pallmeyer as to Raymond Wu: By agreement of the parties, sentencing hearing set for 4/27/2021 is stricken and re−set to 8/31/2021 at 11:30 a.m. Defendant's objection shall be filed by 8/10/2021. Government's response shall be filed by 8/24/2021. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.