IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 18 CR 852 |
| v. | ) |
| | ) Hon. Rebecca R. Pallmeyer |
| RAYMOND WU | ) |

**DEFENDANT WU'S MOTION
TO ALLOW TRAVEL**

Defendant RAYMOND WU, by the FEDERAL DEFENDER PROGRAM and its attorney DANIEL J. HESLER, respectfully requests that an order be entered allowing Mr. Wu to travel to California for approximately four days in June or the first half of July of 2021. In support of this motion, defendant states as follows:

1. As this Court knows, Mr. Wu has been charged with and has pled guilty to wire fraud. He has been out on bond for over two years. There have been no violation reports whatsoever. Sentencing is set for August 31, 2021.

2. Mr. Wu would like to travel to California for 4 days in June or July of 2021. He used to live there, but he has not lived there since 2018, and he does not think he will be living there again in the foreseeable future. However, he has a storage unit there. He has been paying for that storage unit. That is not a good use of resources. He would like to fly out, empty out the storage unit, and either sell things, give them away, or ship them home.

3. The alternatives are that either his parents pay for a storage unit indefinitely, or that they stop paying, and essentially abandon everything. Mr. Wu does not have any friends in Los Angeles that can take care of this. Consistent with his bond conditions, Mr. Wu has lost touch with most everyone and everything from his previous life. Although he does not relish the expense of a trip to Los Angeles, it would be cheaper than the alternatives. There may be larger items (*i.e.,* furniture, and a drum set) that he will try to either sell, donate, or discard, and there may be smaller items that he will want to ship back. Mr. Wu does not believe that he has anyone else who both could sort things out and is willing to do that work.

4. The exact dates of this will be determined after the Court approves (or does not approve) this travel. Mr. Wu would need to take time off of work, and find plane tickets at a reasonable price. He does not want to make these financial commitments until he has permission. The dates of travel would be set based on when he can get off of work and when flights are reasonable. He anticipates taking four days. If, for example, he left Chicago on a Monday, he would have two full days to deal with his things, and then return on a Thursday.

5. Pace Morrison of Pretrial Services has been consulted concerning this motion. Mr. Morrison reports that Mr. Wu has been in compliance with his conditions of bond. Pretrial services takes no position concerning the present proposed travel, although if the Court grants the request, Mr. Wu would need to

provide detailed itinerary information to pretrial services before his departure. If required, Mr. Wu could be ordered to make telephonic contact with pretrial every day while he is in California.

6. AUSA Jacqueline Stern has been consulted regarding this motion. The government objects to this motion. The government believes that Mr. Wu will flee if allowed to travel to California.

7. This motion is being filed without a notice motion, but defense counsel will contact the courtroom deputy to see how and when the Court would like to address this.

Wherefore, defendant respectfully seeks an order granting him leave to travel to California for up to 4 days sometime in June or July of 2021, with the dates and itinerary to be provided to Pretrial in advance of his departure.

        Respectfully submitted,

        FEDERAL DEFENDER PROGRAM
        John F. Murphy,
        Executive Director

        By: *s/ Daniel J. Hesler*
             Daniel J. Hesler

DANIEL J. HESLER
Federal Defender Program
55 E. Monroe, Suite 2800
Chicago, IL 60603
(312) 621-8347

## CERTIFICATE OF SERVICE

The undersigned, Daniel J. Hesler, an attorney with the Federal Defender Program hereby certifies that in accordance with FED.R.CIV.P5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document(s):

**DEFENDANT WU'S MOTION
TO ALLOW TRAVEL**

was served pursuant to the district court's ECF system as to ECF filings, if any, and were sent by first-class mail/hand delivery on June 4, 2021, to counsel/parties that are non-ECF filers.

By: */s/Daniel J. Hesler*
DANIEL J. HESLER
FEDERAL DEFENDER PROGRAM
55 E. Monroe St., Suite 2800
Chicago, Illinois 60603
(312) 621-8347