# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                                Plaintiff,

v.                                                   Case No.: 1:18−cr−00852
                                                    Honorable Rebecca R. Pallmeyer

Raymond Wu

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 7, 2021:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Defendant Wu has moved for leave to travel to California to dispose of items being stored in a storage unit there. The court agrees that emptying the storage unit is an appropriate step, but Mr. Wu has not explained why he alone is capable of accomplishing this, nor has he proposed a custodian or other mechanism for assuring his prompt return. The motion [101] is denied without prejudice. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.