UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 18 CR 852 |
| v. | ) | |
| | ) | Hon. Rebecca R. Pallmeyer |
| RAYMOND WU | ) | |

ORDER

Having been informed of the relevant circumstances, Defendant RAYMOND WU's updated motion to allow him to travel [103] to California is granted. Defendant Wu is hereby permitted to travel to California for up to 4 days prior to August 10, 2021. Mr. Wu must be accompanied to California by his father. Mr. Wu must call his Pretrial Services officer each day from the day he leaves Chicago for this travel until (and including) the day he returns to Chicago. Exact dates of travel and an itinerary must be provided to Pretrial Services in advance. All other conditions of bond remain in effect.

ENTER: _____
Rebecca R. Pallmeyer
U. S. District Judge

DATE: July 7, 2021