IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| Plaintiff, | ) | No. 18 CR 852 |
| | ) | |
| v. | ) | |
| | ) | Rebecca R. Pallmeyer |
| Raymond Wu | ) | Chief Judge |
| Defendant. | ) | |
| | ) | |

### ORDER

Defendant Wu's motion to allow collection of funds and to allow pre-sentencing restitution [108] is granted without objection from the Government. A copy of this order shall be delivered to the United States District Court's Fiscal Department.

Dated: July 19, 2021

_____
Rebecca R. Pallmeyer
United States District Judge