IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America | |
| Plaintiff, | Case No. 18cr852-1 |
| V. | Judge: Rebecca R. Pallmeyer |
| Raymond Wu | |
| Defendant. | |

## ORDER

Upon the motion of the defendant, it is hereby

ORDERED that, pursuant to 28 U.S.C.§ 2041, the Clerk of the Court shall accept from the defendant or his designated representative payment of the criminal financial obligations and maintain such payment on deposit in the court's registry until the time of sentencing in this case; and it is further

ORDERED that, pursuant to 28 U.S.C.§ 2042, upon entry of a criminal judgment in this case, the Clerk of Court shall withdraw and apply the deposited funds to the criminal financial obligations imposed against the defendant; and it is further

ORDERED that, pursuant to Local Rule 67.1, the Clerk shall withdraw and apply any interest earned towards the criminal financial obligations imposed against the defendant absent a court order entered at the time of sentencing directing otherwise. Should the principal amount deposited with the Clerk fully satisfy the criminal financial obligations imposed, the Clerk shall distribute any earned interest to the United States Crime Victims Fund absent a court order entered at the time of sentencing directing otherwise.

Date: August 2, 2021

_____
Rebecca R. Pallmeyer,
United States District Judge