# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                                Plaintiff,

v.                                                                    Case No.: 1:18−cr−00852
                                                                    Honorable Rebecca R. Pallmeyer

Raymond Wu

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 10, 2021:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Sentencing as to Raymond Wu (1) set for 08/31/2021 is stricken. Counsel shall confer with each other and contact the courtroom deputy by 08/16/2021 to re−schedule the sentencing date. Mailed notice. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.