UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

UNITED STATES OF AMERICA
Plaintiff,

v.  Case No.: 1:18−cr−00852
Honorable Rebecca R. Pallmeyer

Raymond Wu
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 18, 2021:

MINUTE entry before the Honorable Rebecca R. Pallmeyer: By agreement of the parties, the sentencing as to defendant, Raymond Wu (1) is set for 10/13/2021 at 10:00 a.m. Defendant's sentencing memorandum shall be filed by 09/15/2021; the Government's sentencing memorandum shall be filed by 09/29/2021 and Defendant's reply memorandum, if any, shall be filed by 10/06/2021. Members of the public and media will be able to call in to listen to this hearing. Instructions and a link to the conference number are located on Judge Pallmeyer's website. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.