UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 18 CR 852 |
| v. | ) | |
| | ) | Judge Rebecca R. Pallmeyer |
| RAYMOND WU | ) | |

**AGREED MOTION TO
APPLY FUNDS TO THE DEFENDANT'S RESTITUTION JUDGMENT**

The United States of America, by its attorney, JOHN R. LAUSCH, Jr., United States Attorney for the Northern District of Illinois, together with DANIEL J. HESLER, attorney for defendant Raymond Wu, respectfully request that this Court enter an order directing the United States Marshals Service to transfer certain funds to the Clerk of the Court to be applied in partial satisfaction of any restitution order entered in this case against defendant Raymond Wu, and in support thereof submits the following:

1. On February 12, 2019, an indictment was returned charging defendant Raymond Wu with wire fraud in violation of 18 U.S.C. § 1343.

2. On December 9, 2020, Wu entered a voluntary plea of guilty to Counts One through Four of the indictment.

3. Wu is scheduled to be sentenced in 2022. At the time of sentencing, the government intends to request that this Court find that Wu owes restitution to the victims of the scheme for the actual loss of funds totaling approximately $1,539,513.

4. In early 2019, an attorney for an individual, who was associated with Wu, voluntarily turned over to the FBI certain property, namely: Five cashier's checks in the amount of $12,244.25, and one cashier's check in the amount of $20,000 (totaling $32,244.25), and six gents' designer watches.

5. The FBI began administrative forfeiture proceedings against the subject property and sent written notice of the United States' intention to forfeit the property to all interested parties, as required by 18 U.S.C. § 983(a)(1)(A).

6. On April 4, 2019, Wu submitted a timely claim with the FBI to contest the administrative forfeiture of the subject property. The FBI subsequently referred the matter to the United States Attorney's Office for initiation of judicial forfeiture proceedings against the property.

7. Wu filed a claim with the FBI for the funds totaling $32,244.25, and for the watches. The funds are currently held by the United States Marshals Service.

8. As an available means of enforcing any restitution order entered in this case against Wu, pursuant to 18 U.S.C. § 3664(m)(1)(A)(ii), the parties respectfully request that the $32,244.25 held by the United States Marshals Service, and the net proceeds from the sale of the subject watches, be applied in partial satisfaction of any restitution judgment entered in this case against Wu.

9. Wu has agreed to withdraw his claim to the watches. Wu has agreed that the watches shall be administratively forfeited to and shall vest in the United States of America

for disposition according to law, with the net proceeds from the sale of the subject watches being deposited with the Clerk of the Court as described herein.

10. Once the FBI has completed administrative forfeiture of the watches and disposed of them according to law, the net proceeds from the sale of the watches will be deposited with the United States Marshals Service. The United States Marshals Service shall be permitted to deduct any reasonable and necessary costs incurred to effectuate the sale of the property and to maintain the property pending its sale, prior to transferring the proceeds to the Clerk of the Court as described herein.

11. The government has consulted with defense counsel, and he agrees with this motion.

## Conclusion

The parties respectfully request that this Court enter an order directing the United States Marshals Service to transfer the funds in the amount of $32,244.25, and the net proceeds from the sale of the watches, to the Clerk of the Court, to be applied in partial satisfaction of any restitution judgment entered in this case against Wu.

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: *s/ Jacqueline Stern*
JACQUELINE STERN
Assistant United States Attorney
219 S. Dearborn Street
Chicago, Illinois 60604
(312) 353-5329