UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 18 CR 852 |
| | ) | |
| | ) | Judge Rebecca R. Pallmeyer |
| RAYMOND WU | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been assigned in the above captioned case.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: /s/ Paul Schied
PAUL SCHIED
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-0667