UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAYMOND WU | No. 18 CR 852<br><br>Chief Judge Rebecca R. Pallmeyer |

**UNITED STATES' UNOPPOSED MOTION TO CONTINUE SENTENCING**

The United States of America, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois respectfully submits this motion to continue sentencing and related deadlines for two weeks.

Defendant Raymond Wu is scheduled for a sentencing hearing before the Court on January 24, 2022. The Government's sentencing memorandum is due tomorrow, January 7, 2022, and any reply is due on January 14, 2022. Counsel for the government entered his appearance on November 17, 2021, replacing previous government counsel, who retired. A two-week continuance will allow for adequate briefing of sentencing issues in this complex fraud case. Defendant is out of custody on conditions of release and, through his defense counsel, does not oppose this motion.

For the reasons stated above, the United States respectfully requests that the Court continue the January 24 hearing and related deadlines for two weeks to allow for adequate briefing ahead of a sentencing hearing.

        Respectfully submitted,

        JOHN R. LAUSCH, Jr.
        United States Attorney

By:   */s/Paul Schied*
        PAUL SCHIED
        Assistant United States Attorney
        219 South Dearborn, Room 500
        Chicago, Illinois 60604
        (312) 697-4091

Dated: January 6, 2022