**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

UNITED STATES OF AMERICA

                Plaintiff,

v.                                            Case No.: 1:18−cr−00852
                                                Honorable Rebecca R. Pallmeyer

Raymond Wu

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 7, 2022:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: The Government's unopposed motion to continue [120] is granted as to Raymond Wu (1). The Government's sentencing memorandum shall be filed by 01/21/2022. Defendant's reply memorandum shall be filed by 02/04/2022. The sentencing currently set for 01/24/2022 is stricken and reset for 2/22/2022 at 11:00 a.m. The format for the 02/22/2022 sentencing will be determined closer to the sentencing date. Members of the public and media will be able to call in to listen to this hearing. Instructions and a link to the conference number are located on Judge Pallmeyer's website. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.