IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 18 CR 852 |
| v. ) | |
| ) | Hon. Rebecca R. Pallmeyer |
| RAYMOND WU ) | |

DEFENDANT WU'S UNOPPOSED MOTION
TO EXTEND TIME FOR VOLUNTARY SURRENDER

Defendant RAYMOND WU, by the Federal Defender Program and its attorney, DANIEL HESLER, moves this court extend the date on which Mr. Wu will be required to surrender himself to the custody of the Bureau of Prisons by 30 days. The government does not oppose this motion. In further support of this motion, defendant states as follows:

1. On February 22, 2022, this Court sentenced Mr. Wu to serve 66 months in the custody of the Bureau of Prisons. Mr. Wu is currently ordered to surrender himself into custody at the designated institution by 12:00 p.m. on Friday, April 22, 2022.

2. There are a few reasons why Mr. Wu is seeking an extension of time in which to report. The main reason is that Mr. Wu has not been designated to any facility in the BOP yet. Counsel contacted the marshals service on April 11 to find out where Mr. Wu was to report to, and was told that that he is not designated yet

1

because his Rule to Show Cause in the Milwaukee case (19 CR 266) is still unresolved. That case is scheduled for a hearing, which likely will resolve that case, on Friday, April 15, 2022. The marshals reported that it was highly unlikely that any designation would occur before April 22. Thus, if the report date is not changed, Mr. Wu would have to report to the MCC, and might have to sit there for months until designation and transportation could occur. That would be a lot more work and expense for the Marshals and the BOP, as well as being hard on Mr. Wu.

   3. A second reason why an extension is being sought is that the defense fairly recently received some of Mr. Wu's property back from the government, which included his laptop computer that the government had received from Mr. Wu's deceased girlfriend's lawyer at some point. This is the laptop the defense had been wondering about for years, and might contain all the relevant records from this case in one place. *See* ECF #124, pg. 13, fn. 4 (footnote in defense sentencing reply discussing the incomplete records in this case and mentioning the absence of Mr. Wu's laptop). It would have been useful to have had this a while ago. The defense recognizes that this is a sentenced case. The defense currently is trying to make an exact copy of that laptop as it exists right now before it is connected to the internet and starts trying to update itself. The laptop will then be returned to Mr. Wu, and Mr. Wu might conceivably contemplate motions based on newly

discovered evidence, ineffective assistance of counsel (for not pushing to get this laptop sooner), or perhaps nothing at all. It is quite possible that this does not change anything. But fairness suggests that Mr. Wu might be allowed a little time to review what is on there to determine what, if anything, he should do.

4. There are a few other things that Mr. Wu and/or his counsel are trying to address before Mr. Wu reports as well. But given the lack of a designation, those other concerns are secondary.

5. For these reasons, the defense is requesting that Mr. Wu' surrender date be set back by 30 days at this time. It is not clear if the designation will be done at that point, but right now the parties are hoping that 30 days will be sufficient.

6. Mr. Wu has been on bond for over three years without incident.

Therefore, it is respectfully requested that this court extend the time by which Mr. Wu will be required to surrender himself into custody by approximately 30 days, to Monday, May 23, 2022.

Respectfully submitted,

FEDERAL DEFENDER PROGRAM
John F. Murphy,
Executive Director


By: */s/ Daniel J. Hesler*
    Daniel J. Hesler


DANIEL J. HESLER
FEDERAL DEFENDER PROGRAM
55 E. Monroe Suite 2800
Chicago, IL 60603
(312) 621-8347

## CERTIFICATE OF SERVICE

The undersigned, Daniel J. Hesler, an attorney with the Federal Defender Program hereby certifies that in accordance with FED.R.CIV.P5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document(s):

DEFENDANT WU'S UNOPPOSED MOTION
TO EXTEND TIME FOR VOLUNTARY SURRENDER

was served pursuant to the district court's ECF system as to ECF filings, if any, and were sent by first-class mail/hand delivery on April 11, 2022, to counsel/parties that are non-ECF filers.

By: */s/ Daniel J. Hesler*
DANIEL J. HESLER
FEDERAL DEFENDER PROGRAM
55 E. Monroe St., Suite 2800
Chicago, Illinois 60603
(312) 621-8347