# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

UNITED STATES OF AMERICA

                         Plaintiff,

v.                                             Case No.: 1:18−cr−00852
                                              Honorable Rebecca R. Pallmeyer

Raymond Wu

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 12, 2022:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer as to Raymond Wu: Defendant's unopposed motion to extend time for voluntary surrender to May 23, 2022 [132] is granted. Mailed notice (mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.