IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 18 CR 852 |
| v. | ) |
| | ) Hon. Rebecca R. Pallmeyer |
| RAYMOND WU | ) |

DEFENDANT WU'S EMERGENCY UNOPPOSED MOTION
TO EXTEND TIME FOR VOLUNTARY SURRENDER

Defendant RAYMOND WU, by the Federal Defender Program and its attorney, DANIEL HESLER, moves this court extend the date on which Mr. Wu will be required to surrender himself to the custody of the Bureau of Prisons by 21 days. Mr. Wu currently has Covid-19. The government does not oppose this motion. In further support of this motion, defendant states as follows:

1. On February 22, 2022, this Court sentenced Mr. Wu to serve 66 months in the custody of the Bureau of Prisons. Mr. Wu was initially ordered to surrender himself into custody at the designated institution by 12:00 p.m. on Friday, April 22, 2022. That date was extended by 30 days by agreement because Mr. Wu had not been designated. Mr. Wu has now been designated to FPC Montgomery, in Alabama, and has a reporting date of May 23, 2022.

2. On May 17, 2022, Mr. Wu and both of his parents tested positive for Covid-19. They are reportedly all currently symptomatic. A copy of Mr. Wu's test

1

results have been forwarded to the government.

3. The reasons for this extension request are obvious. Mr. Wu should not leave his home until he is not contagious. He has no business getting on an airplane, spending 13 hours in a car with anyone, stopping at gas stations or restaurants on the way, or entering a prison right now.

4. For these reasons, the defense is requesting that Mr. Wu' surrender date be set back by 21 days at this time.

5. Mr. Wu has been on bond for over three years without incident.

6. The government, by AUSA Paul Schied, has been consulted, and has no objection to this motion.

Therefore, it is respectfully requested that this court extend the time by which Mr. Wu will be required to surrender himself into custody by 21 days, to Monday, June 13, 2022.

        Respectfully submitted,

        FEDERAL DEFENDER PROGRAM
        John F. Murphy,
        Executive Director


        By: */s/ Daniel J. Hesler*
            Daniel J. Hesler


DANIEL J. HESLER
FEDERAL DEFENDER PROGRAM
55 E. Monroe Suite 2800
Chicago, IL 60603
(312) 621-8347

# **CERTIFICATE OF SERVICE**

The undersigned, Daniel J. Hesler, an attorney with the Federal Defender Program hereby certifies that in accordance with FED.R.CIV.P5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document(s):

DEFENDANT WU'S EMERGENCY UNOPPOSED MOTION
TO EXTEND TIME FOR VOLUNTARY SURRENDER

was served pursuant to the district court's ECF system as to ECF filings, if any, and were sent by first-class mail/hand delivery on May 18, 2022, to counsel/parties that are non-ECF filers.

        By: */s/Daniel J. Hesler*
            DANIEL J. HESLER
            FEDERAL DEFENDER PROGRAM
            55 E. Monroe St., Suite 2800
            Chicago, Illinois 60603
            (312) 621-8347