# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

                                                Plaintiff,

v.                                                                                                 Case No.: 1:18−cr−00852
                                                                                                   Honorable Rebecca R. Pallmeyer

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 10, 2022:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer as to Raymond Wu: Telephonic motion hearing held. The Court addressed the laptop that was reportedly retrieved by the government from counsel for Mr. Wu's deceased girlfriend. For the reasons stated on the record, defendant's emergency motion to extend time for voluntary surrender date of September 7, 2022 [136] is granted. Motion to withdraw as attorney Daniel Hesler is denied without prejudice, and the parties are directed promptly to investigate the circumstances and potential miscommunication regarding information available on the laptop. A telephonic status hearing is set for 7/7/22 at 9:30 a.m. Members of the public and media will be able to call in to listen to this hearing. Instructions and a link to the conference number are located on Judge Pallmeyer's website. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.