IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | | |
|---|---|---|---|
| *UNITED STATES OF AMERICA* | ) | Docket No: | 18 CR 852 |
| Plaintiff, | ) | | |
| | ) | Presiding Judge: | Honorable Rebecca R. Pallmeyer |
| *v*. | ) | | |
| | ) | | |
| *RAYMOND WU*, | ) | | |
| Defendant. | ) | | |

**AGREED MOTION TO FILE UNDER SEAL**
**MOTION TO CONTINUE SURRENDER DATE (DE 141)**

Raymond Wu, by his counsel Paúl Camarena, respectfully moves the Court for leave to file under seal his Motion to Continue the Surrender Date (DE 141).

Mr. Wu's counsel has consulted with the Respondent's counsel, who agrees to this motion.

        Respectfully submitted,
        Raymond Wu's Counsel
        North & Sedgwick
by:   /s/ Paúl Camarena
        Paúl Camarena, Esq.
        500 So. Clinton, No. 132
        Chicago, IL 60607
        paulcamarena@paulcamarena.com
        (312) 493-7494