In the United States District Court
for the Northern District of Illinois

**United States of America,**
**Plaintiff,**

v.
Raymond Wu
**Defendant.**

Case number  18-cr-852

Judge  The Honorable Rebecca R. Pallmeyer

## CJA APPOINTMENT ORDER
### ORDER APPOINTING COUNSEL UNDER CJA

**Person represented**  Raymond Wu

**Defendant number**  1

**Type of person represented**  Adult

**Payment category**  Felony

**Name of appointed attorney**  Paúl Camarena

**Under seal?**  ☐ Yes  ■ No

**Representation type**  CC

**Court order**  Subs for Federal Defender

**Name of Prior Attorney**  Daniel Hesler

**If associate(s) will be used, list names and rate(s) if different from the CJA hourly rate.**

_/s/ Rebecca R. Pallmeyer_

**Signature of Presiding Judge or by Order of the Court**

January 18, 2023

**Date**

**Nunc Pro Tunc Date:** 07/08/2022    or  ☐ None

---

### ORDER APPOINTING INTERPRETER UNDER CJA
*Prior authorization shall be obtained for services in excess of $900.*

**Expected to exceed $900?**          ☐ Yes  ☐ No
**Prior authorization approved?**     ☐ Yes  ☐ No  ☐ Not applicable

**Signature of Presiding Judge or by Order of the Court**          **Date**

**Nunc Pro Tunc Date:**          or  ☐ None

Rev. 2212019