UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA     )
     )
     )   No.  18 CR 852
     )
     v.     )   Judge Rebecca R. Pallmeyer
     )
RAYMOND WU     )
     )

## ORDER EXONERATING BOND

This matter coming before the Court on the government's motion and the Court being fully advised finds as follows:

(a)     Pursuant to a Pre-Trial Release Order entered on April 3, 2019, Kou Liang Wu and Sandra Wu posted their interest in certain real property to secure the defendant's release on bond. As a result, the property was encumbered pending his completion of the bond requirements.

(b)     As the defendant has been convicted, sentenced and surrendered to the federal correctional institution to begin the custody portion of his sentence the security for the bond is no longer required and the government submitted this motion to exonerate the bond. In addition, the government requested that this Court order the release of any liens or other encumbrances lodged against the real property as it relates to this bond and further order that the quit claim deed executed in favor of the United States of America, currently held in the custody of the Clerk of the United States District Court, Northern District of Illinois, be returned to the sureties at the property address.

Accordingly, it is hereby ORDERED, DIRECTED, and ADJUDGED:

1.      That, as the defendant has surrendered to begin the custody portion of his sentence, and the security for the bond is no longer required, the Court thus orders the bond exonerated.    It is further ordered,

2.      That, any lien or other encumbrance lodged against the real property as it relates to this bond shall be released.    It is further ordered,

3.      That, the quit claim deed executed in favor of the United States of America, currently held in the custody of the Clerk of the United States District Court, Northern District of Illinois, shall be returned to the sureties at the property address, It is further ordered,

4.      That this Court shall retain jurisdiction of this matter to take such additional action and enter further orders as necessary to implement and enforce this order.

ENTER:

_____
REBECCA R. PALLMEYER
United States District Judge

DATED: January 22, 2024